UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| MARCUS EVANS, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>TRACY COENEN and SEQUENCE, INCORPORATED,<br><br>Defendants. | Case No. _____<br><br><br>**NOTICE OF REMOVAL** |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Tracy Coenen ("Coenen") and Sequence Incorporated ("Sequence") files this Notice of Removal of the action entitled MARCUS EVANS INTERNATIONAL, INC. v. COENEN et al., pending in the Circuit Court of the Clark County, Illinois, Case No. 2011-L-011165 (the "State Court Action"). The grounds for removal are as follows:

1. This Notice of Removal has been filed within the time prescribed in 28 U.S.C. § 1446(b). This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332.

### Background

2. This is an action whereby Marcus Evans International, Incorporated ("Plaintiff" or "MEI"), has alleged that Defendants have defamed its business reputation.

3. The movants are the sole defendants in the State Court Action. MEI filed its Complaint on or about October 26, 2011. A copy of all pleadings served on Defendant and on file in the State Court Action is attached hereto as Composite Exhibit F.

### Diversity of Citizenship

4. At the time that the Complaint was filed in the State Court Action and at the time of this removal, Defendant Sequence is a corporation incorporated under the laws of the State of Wisconsin, with its principal place of business located at 111 East Wisconsin Avenue, Suite 1230, Milwaukee, Wisconsin 53202. It is at this Milwaukee location that all officers operate and all corporate operations occur and decisions are made (Decl. of Tracy Coenen ¶¶ 1-7). A true and correct copy of Sequence's Articles of Incorporation on file with the Wisconsin are attached hereto as Exhibit A.

5. Pursuant to 28 U.S.C. § 1332(c)(1), a corporation is a citizen of the state in which it is incorporated and of the state where it maintains its principal place of business. Accordingly, Sequence is exclusively a citizen of Wisconsin. (Coenen Decl. ¶¶ 1-7, attached hereto as Exhibit "G", Exh A.)

6. Defendant Coenen is an individual, sole owner of Sequence, and a citizen of Wisconsin. Coenen lives in Wisconsin, is registered to vote in Wisconsin, possesses a Wisconsin driver's license, has registered her automobile in Wisconsin, and at all times during Coenen's interactions with MEI, she intended to remain a Wisconsin citizen (Coenen Decl. ¶¶ 8-14; Exhs. D, E).

7. Plaintiff Marcus Evans, Incorporated, is a Delaware Corporation with its principal place of business for North America in Cook County, Illinois. Complaint ¶ 1. Plaintiff is consequently a resident and citizen of the State of Illinois.

8. Therefore, complete diversity of citizenship exists between the parties within the meaning of 28 U.S.C. § 1332(a)(1).

### Amount in Controversy

9. The amount in controversy in this action far exceeds seventy-five thousand dollars ($75,000.00). Plaintiff alleges entitlement to money damages of "not less than $100,000" as to each of the Defendants. Complaint ¶¶ 45, 51.

10. The foregoing evidence - the Plaintiff's own allegations - amply supports a conclusion that the amount in controversy, for purposes of diversity jurisdiction, exceeds the minimum requirement of $75,000.00 as to each Defendant. As a result, this Court has subject matter jurisdiction over Plaintiff's Complaint.

### Timing

11. Because Defendant removed this case on January 9, 2012, Defendant is within thirty (30) days of the date it first received "other paper" indicating that the case was removable, i.e., the email from Plaintiff's counsel providing Plaintiff's estimation of damages. 28 U.S.C. § 1446(b).

### Process and Pleadings

12. Pursuant to 28 U.S.C. § 1446(a), copies of all process and pleadings served upon Defendant, and the pleadings now on file in the State Court Action, have been herewith provided. *See* Exhibit A.

### Conclusion

13. This Court has removal jurisdiction over this action pursuant to 28 U.S.C. §§ 1332 and 1441. Defendant therefore exercises its right pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 to remove this action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division.

WHEREFORE, Defendants Coenen and Sequence requests that this action proceed in this Court as an action properly removed pursuant to 28 U.S.C § 1441.

Respectfully submitted,

S/Wayne B. Giampietro
One of Defendants' Attorneys

Wayne B. Giampietro
POLTROCK & GIAMPIETRO
123 W. Madison Street, Suite 1300
Chicago, IL 60602
(312) 236-0606
wgiampietro@wpglawyers.com

Marc J. Randazza
(Pro Hac Vice Pending)
Randazza Legal Group
6525 W. Warm Springs Raod, Suite 100
Las Vegas, NV 89118
888-667-1113
mjr@randazza.com

Attorneys for Defenadnts
Tracy Coenen and Sequence, Inc.

-5-

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, on this ___ day of January, 2012, via U.S. Mail to Plaintiff's counsel as follows:

David L. Weinstein
Stacey L. Smiricky
Baker & Daniels, LLC
311 S. Wacker Drive, Suite 4400
Chicago, IL 60606

                                              _s/ Wayne Giampietro_