# EXHIBIT A




## ARTICLES OF INCORPORATION
## FOR
## TRACY L. COENEN, S.C.

**THE UNDERSIGNED INCORPORATOR** is a licensed Certified Public Accountant in the State of Wisconsin and executes these Articles for the purpose of forming a Wisconsin corporation under Sec. 180.1903, Wis. Stats.

### ARTICLE 1

1. <u>Name</u>. The name of the Corporation shall be Tracy L. Coenen, S.C.

### ARTICLE 2

2. <u>Purpose</u>. The purpose for which the corporation is organized is to own, operate and maintain an establishment in which the practice of certified public accounting shall be carried on by its employees (as defined in Sec. 180.1901, Wis. Stats.). From and after such time as no shareholder of this corporation is licensed to practice accounting in Wisconsin, this corporation may engage in any lawful activity within the purpose for which corporations may be organized under the Wisconsin Business Corporation Law, Chapter 180 of the Wisconsin Statutes, exclusive of Sec. 180.1901 through 180.1921.

### ARTICLE 3

3. <u>Capital Stock</u>. The aggregate number of shares of capital stock that the Corporation shall have authority to issue is 9,000. The shares shall consist of one class only and shall be designated "Common Stock." Each share shall have a par value of $0.01.

The shareholders of the Corporation may adopt or amend a Bylaw that fixes, changes, or deletes a greater or lower quorum requirement or a greater voting requirement for shareholders or voting groups of shareholders than is otherwise provided by the Wisconsin Business Corporation Law.

### ARTICLE 4

4. <u>Shareholder Action</u>. The shareholders of the Corporation may take any action required or permitted to be taken at a meeting, without a meeting, if one or more written consents, which set forth the action taken, are delivered to the Corporation for inclusion in the corporate records. The written consents shall be signed by the shareholders who would be entitled to vote at a meeting those shares with voting power sufficient to cast at least the minimum number (or in the case of voting groups, the minimum numbers) of votes

that would be necessary to authorize or take such action at a meeting at which all shares entitled to vote were present and voted.

## ARTICLE 5

5. <u>Registered Office and Agent</u>. The address of the Corporation's initial registered office is 2812 South 33rd Street, Milwaukee, Wisconsin, 53215. The name of its initial registered agent at such address is Tracy L. Coenen.

## ARTICLE 6

6. <u>Incorporator</u>. The name and address of the Incorporator is Tracy L. Coenen, 2812 South 33rd Street, Milwaukee, WI 53215.

Executed this ___19th___ day of May, 2000.

_____
Tracy L. Coenen, Incorporator

**This document was drafted by and upon filing should be returned to:**
von Briesen, Purtell & Roper, s.c.
Karene S. Marchan, Esq.
601 Lake Avenue
P.O. Box 566
Racine, WI 53401-0566
262-635-3115

S:\CASES\C\COENEM\INCORP\ARTINC01.DOC

## ACTION OF DIRECTORS BY WRITTEN CONSENT
## WITHOUT A MEETING

The undersigned, being the Director of **Tracy L. Coenen, S.C.**, a Wisconsin corporation, acting pursuant to the provisions of Section 180.0821 of the Wisconsin Statutes, does hereby authorize, adopt, ratify, confirm and consent to the following corporate actions:

### Election of Officers

**RESOLVED,** that the following named person is elected Officer of the Corporation to serve in the offices set forth opposite her respective name until the next annual meeting of Directors and until her successors are duly elected and qualified:

Tracy L. Coenen          President / Treasurer / Secretary

### Approval of Actions of
### Incorporation and Subscribers

**RESOLVED,** that all actions taken by the Incorporator and the Subscriber of this Corporation, including adoption of a plan for the issuance of Small Business Corporation stock, pursuant to Section 1244 of the Internal Revenue Code of 1986, as amended, are ratified, approved and confirmed.

**FURTHER RESOLVED,** that all resolutions adopted and all motions carried by the actions of the Incorporator and the Subscribers are ratified and confirmed by this Board of Directors with the same force and effect as though set forth in total in this resolution.

### Approval of Subscription Agreement

**RESOLVED,** that this Corporation accepts the subscription to the shares of the $.01 par value common stock of this Corporation as the subscription appears in the **SUBSCRIPTION AGREEMENT** set forth in the preceding pages of this record book.

**FURTHER RESOLVED,** that the subscription to the shares of the $.01 par value common stock of this Corporation calls for the payment to the Corporation on or before the 1st day of June, 2000, of the amounts specified in the Subscription Agreement.

### Approval of Corporate Depository

**RESOLVED**, that the following bank is selected and designated as the depository of and for monies and funds of this Corporation, and that the appropriate officers of the Corporation are authorized to establish the general account and payroll account of this Corporation at this bank:

_TCF National Bank_

(See Resolutions attached hereto and incorporated herein by this reference.)

### Approval of Stock Certificates

**RESOLVED**, that the stock certificates to represent the shares of this Corporation, the transfer blanks on the reverse side thereof, and the receipt forms pertaining to the certificates shall be in the form appearing on the face and reverse sides, respectively, of the certificate and upon the stock certificate receipt attached to these actions, incorporated by reference and marked for identification in red ink as follows:

"SAMPLE"

The undersigned, being the Director of the above named Corporation, has executed these Resolutions to be filed as part of the Minutes of this Corporation, effective as of the _22nd_ day of June, 2000.

_Tracy Coe_
Tracy L. Coenen, Director

S:\CASES\C\COENEN\INCORP\ACTION-DIR01.DOC

## ACTION OF INCORPORATOR AND SUBSCRIBER
## BY WRITTEN CONSENT WITHOUT A MEETING

The undersigned, being the Incorporator and Subscriber of **Tracy L. Coenen, S.C.**, a Wisconsin corporation, acting pursuant to the provisions of Section 180.0704 of the Wisconsin Statutes, adopts, approves, ratifies, confirms and consents to the following corporate actions:

### Confirmation of Articles of Incorporation

**RESOLVED,** that the Articles of Incorporation of this Corporation are confirmed and approved and that all actions taken by the Incorporator in connection with the Articles are ratified, confirmed and approved.

### Authorization for Payment of Organization Expenses

**RESOLVED,** that the Corporation shall pay any and all expenses incurred in connection with its incorporation and organization.

### Approval of Issuance of Certification Regarding
### Qualification of Shares as Small Business Stock

**RESOLVED,** that the Corporation is authorized and directed to execute such certifications regarding the qualification of the Corporation's shares as Small Business Stock, pursuant to the provisions of Section 71.01(10) of the Wisconsin Statutes, with respect to the issuance of shares in this Corporation to **Tracy L. Coenen** pursuant to her subscriptions dated the 22nd day of June, 2000.

**FURTHER RESOLVED,** that the Officer of the Corporation is authorized and directed to execute such certifications as may be required or requested of them.

### Bylaws

**RESOLVED,** that the Bylaws of this Corporation appearing in the preceding pages of this record book are unanimously adopted as the Bylaws for the Corporation and are, in all respects, ratified, confirmed and approved.

### Election of Directors

**RESOLVED,** that the following named person is elected as Director of the Corporation, to serve in said capacity until the next annual meeting of Shareholders and until their successors shall be duly elected and qualified.

**Tracy L. Coenen**

The undersigned, constituting the Incorporator and Subscriber of the Corporation, have executed these Resolutions to be filed as part of the minutes of this Corporation, effective as of the 22nd day of June, 2000.

_____
Karene S. Marchan, Incorporator

_____
Tracy L. Coenen, Subscriber

SEQUENCE INC. (C050250)          1/6/12 10:11 AM

# Wisconsin Department of Financial Institutions
Strengthening Wisconsin's Financial Future

Search for: sequence

[ Search Records ]

Search
Advanced Search
Name Availability

**Corporate Records**      Result of lookup for **C050250** (at 1/6/2012 12:07 PM )

## SEQUENCE INC.

You can: File an Annual Report - Request a Certificate of Status - File a Registered Agent/Office Update Form

### Vital Statistics

| | |
|---|---|
| Entity ID | C050250 |
| Registered Effective Date | 05/22/2000 |
| Period of Existence | PER |
| Status | Incorporated/Qualified/Registered    Request a Certificate of Status |
| Status Date | 05/22/2000 |
| Entity Type | Service Corporation |
| Annual Report Requirements | Service Corporations are required to file an Annual Report under s.180.1921 WI Statutes. |

### Addresses

| | |
|---|---|
| Registered Agent Office | TRACY COENEN<br>111 E WISCONSIN AVE #1230<br>MILWAUKEE , WI 53202<br><br>File a Registered Agent/Office Update Form |
| Principal Office | 111 E WISCONSIN AVE #1230<br>MILWAUKEE , WI 53202 |

### Historical Information

**Annual Reports**

| Year | Reel | Image | Filed By | Stored On |
|---|---|---|---|---|
| 2011 | 111 | 1111 | paper | image |
| 2010 | 111 | 1111 | paper | image |
| 2009 | 111 | 1111 | paper | image |

https://www.wdfi.org/apps/CorpSearch/Details.aspx?entityID=C0502...onID=ae944556-40a6-4b9f-a74b-4267da301eed&type=Simple&q=sequence    Page

SEQUENCE INC. (C050250)  1/6/12 10:11 AM

| | | | | |
|---|---|---|---|---|
| 2008 | 111 | 1111 | paper | image |
| 2007 | 111 | 1111 | paper | image |
| 2006 | 111 | 1111 | paper | image |
| 2005 | 111 | 1111 | paper | image |
| 2004 | 111 | 1111 | paper | image |
| 2003 | 111 | 1111 | paper | image |
| 2002 | 007 | 1316 | paper | microfilm |
| 2001 | 009 | 1125 | paper | microfilm |

File an Annual Report - Order a Document Copy

**Certificates of Newly-elected Officers/Directors** None

**Old Names**

| Change Date | Name |
|---|---|
| Current | SEQUENCE INC. |
| 05/10/2002 | TRACY L. COENEN, S.C. |

**Chronology**

| Effective Date | Transaction | Filed Date | Description |
|---|---|---|---|
| 05/22/2000 | Incorporated/Qualified/Registered | 05/24/2000 | |
| 08/30/2001 | Change of Registered Agent | 09/06/2001 | |
| 05/10/2002 | Amendment | 05/16/2002 | Old Name = TRACY L. COENEN, S.C., CHGS REGD ADDRESS |
| 08/14/2002 | Change of Registered Agent | 08/14/2002 | FM 12 2002 |
| 08/31/2004 | Change of Registered Agent | 08/31/2004 | FM 12 2004 |
| 07/22/2008 | Change of Registered Agent | 07/22/2008 | FM 12 2008 |

Order a Document Copy