# EXHIBIT C

CORP/LLC – CERTIFICATE OF GOOD STANDING                                                 12/27/11 7:38 PM



| SERVICES | PROGRAMS | PRESS | PUBLICATIONS | DEPARTMENTS | CONTACT |

## CORPORATION/LLC SEARCH RESULTS

Search Criteria: SEQUENCE

| Entity Type | | File Number | Corporation/LLC Name |
|---|---|---|---|
| LLC | MST | 02718995 | SEQUENCE OF C, LLC |
| CORP | MST | 63320781 | SEQUENCE CONSULTING, INC. |
| CORP | MST | 56484361 | SEQUENCE INDUSTRIES, INC. |
| CORP | OLD | 67043952 | SEQUENCE PHARMA SERVICES OPERATING, INC. |
| CORP | MST | 58418617 | SEQUENCE TO THE FUTURE INC. |
| CORP | MST | 56747613 | SEQUENCE TOOL CORPORATION |
| LLC | MST | 02989026 | SEQUENCE TRADING GROUP LLC |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE