# EXHIBIT E

# WISCONSIN
## Certificate of Vehicle Registration

0012193

| Product Number | Registration Number |
|---|---|
| 46871093026 | L |

| Plate Number | Registration | Chassis | Gross Weight | Period | Color | Fleet No. |
|---|---|---|---|---|---|---|
| | MRQ AUT | AUTO | | A | MAROON/BURGUNDY | |

| Vehicle Identification Number | Year | Make | Expiration Date | Amount Received |
|---|---|---|---|---|
| 1G | 2009 | | 11/30/2012 | $ 110.00 |

INCLUDES MUNICIPAL OR COUNTY FEE — YEAR

This Registration Certificate is not a Title. Not Valid for Transfer of Ownership.

Contact the Division of Motor Vehicles at:
414-266-1000
608-266-1466
www.dot.wisconsin.gov

COENEN TRACY L
111 E WISCONSIN AVE #1230
MILWAUKEE, WI 53202

