# Exhibit F - Part 6

# EXHIBIT D



# the Fraud Files blog
...daily commentary on fraud, scams, scandals, and court cases

- Home
- About
- Services
- Blog
- Videos
- Books
- Articles
- Contact

## Marcus Evans Fraud: Threats and Intimidation Continue

Posted on October 6th, 2011

The case of the Marcus Evans fraud gets even stranger. A couple of months ago, I wrote an article about my experience with Marcus Evans. It wasn't particularly noteworthy. It was just that from the start, something didn't seem right.

I got two cold calls from two separate sales people using the same tired script, and my internet research turned up something interesting. When searching for "marcus evans fraud" or "marcus evans complaints" or "marcus evans scam," I came upon many websites that I believe were created **by Marcus Evans** to dominate the search engine ranking for those terms.

I wondered aloud if there was something to hide.

The article I wrote here wasn't all that bad. I simply quoted a couple of complaints by others that I found online, and I asked why Marcus Evans had created all those websites.

But Marcus Evans -- Peter Laspas, Chris Leese, Theron Burraway, and Ian Milne in particular -- sprang into action, threatening, intimidating, and stalking me. Multiple contacts were made by email, fax, and telephone, and a company representative even showed up at my office unannounced and told the receptionist to let me know he was looking for me.

So again I asked, what does Marcus Evans have to hide?

I wrote a follow-up to my original Marcus Evans scam article, detailing the stalking and harassment by Marcus Evans representatives. I get lots of search engine traffic to these articles, so it is clear that there are plenty of people who are suspicious of Marcus Evans and are doing research on the company.

Last week, Marcus Evans turned up the harassment a notch. Someone I believe to be one of the Marcus Evans cold callers called me from an anonymous number and pretended to be the personal assistant to an executive who was

said to be a happy client of Marcus Evans. The Marcus Evans representative went on with the ruse... saying that this executive was very upset that I had written negative things about Marcus Evans on my blog.

The "personal assistant" told me that the executive wanted to know on what I was basing my opinions, and how I could make such negative comments about Marcus Evans without further research. He said I was making "serious allegations" against Marcus Evans and asked why I hadn't talked to anyone who attended the events.

The Marcus Evans representative posing as a personal assistant to an executive said I should attend one of the events myself before writing about it. I said that I wasn't interested in spending $40,000 to $50,000 to attend one of their events, and he said that Marcus Evans wasn't asking me to pay to go to one of the events. (Wait. Who are you again? Who do you work for? Oh, that's right. You work for Marcus Evans.)

The tactics used by Marcus Evans to silence their critics are disgusting. The repeated attempts to scare me and stalk me are inappropriate. And that's why I'm telling the internet about it. So that others doing research on the company can find out what Marcus Evans is really like.

I called the executive who was allegedly a happy customer of Marcus Evans, and I told him that someone from Marcus Evans was posing as his personal assistant and using his good name and reputation to further the agenda of intimidation. He stated that he never gave the company permission to do any such thing, and he was not pleased that they'd do so. Incidentally, he did tell me that he liked the Marcus Evans events and had made some good contacts there. But I hope he will think twice before doing business with this company again.

Readers should also know this: I've gotten several emails and phone calls from people who have done business with Marcus Evans in the past. Some are former employees, some are potential employees, some are potential customers. They have recounted tales similar to the ones I have told here. Those who have found this site have said that my research to date has been accurate, and I have been told that the company will go to great lengths to stop me from publishing my concerns and criticisms.

The next time Marcus Evans harasses and stalks me, I will write about it again. I am happy to catalog the dirty tactics used by this disgusting company.

Like　3 people like this. Be the first of your friends.

Related posts:

1. Marcus Evans Fraud: Company Covers Up Scam Complaints
2. Marcus Evans Scam: Fraud Complaints About Events and Sales Pitch
3. United First Financial: Sell Them With Deceit
4. United First Financial Agent Compensation Plan
5. A little sleight of hand by Patrick Byrne, CEO of Overstock.com

Tags: marcus evans complaints, marcus evans fraud, marcus evans scam, marcus evans stalker

Trackback from your site.

**How To Track A Cell Phone** InquireHow.com
Read Texts, Track GPS & Call Logs. See Which Phones Are Supported Now.

**The Zaken Corporation** www.zakencorp.biz
Home based business opportunities! Zaken Corporation Official Website

**Scam Victim?** ScamBook.com
Did You Get Scammed? Report Your Scam and Get Money Back Now!

**Accounting Masters Degree** forensicaccounting.nec.edu
Forensic Science Courses Online at New England College.

AdChoices ▷

# Leave a comment

Note that comments which are abusive to the author or other commenters will not be published. Also, comments promoting any multi-level marketing companies, pyramid schemes, or business opportunity scams will not be published. Please do not assume that the author agrees with or endorses any comments left by others.

Name *
E-mail *
Website

[ Submit Comment ]

**Public Arrest Records** www.instantcheckmate.com
See anyone's past criminal history. Unlimited searches. Peace of mind.

**Aflac® Dental Insurance** www.aflac.com/Dental
Find Out How Aflac® Offers The Most Options For Your Family's Needs.

**Indiana Medicare Plans** Indiana.PlanPrescriber.com
Save on Medicare Insurance Plans in Indiana. Compare Online & Save Now!

AdChoices ▷

c

≤

© 2011 Sequence Inc. Forensic Accounting. All rights reserved. View our privacy policy here.