# EXHIBIT G

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| MARCUS EVANS, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>TRACY COENEN and SEQUENCE INC.,<br><br>Defendants. | Case No. _____<br><br>DECLARATION OF TRACY COENEN IN SUPPORT OF NOTICE OF REMOVAL |

**DECLARATION OF TRACY COENEN IN SUPPORT OF NOTICE OF REMOVAL**

I, TRACY COENEN, having personal knowledge of the matters set forth herein, state as follows:

1. I am, individually, one of the defendants in this action, and the sole shareholder in the corporate defendant in this action, Sequence Inc. ("Sequence").

2. I am and have been the sole shareholder in Sequence since the incorporation of Tracy L. Coenen, S.C. in 2000, which I renamed to Sequence Inc. in 2003. A true and correct copy of the Articles of Incorporation for Tracy L. Coenen, S.C., and a true and correct copy of the Wisconsin Department of Financial Institution's online business records search as it appeared on January 6, 2011 – noting the renaming of Tracy L. Coenen, S.C. to Sequence Inc. – are collectively attached hereto as Exhibit A.

3. Sequence is incorporated in the state of Wisconsin, with its principal place of business at 111 East Wisconsin Avenue, Suite 1230, Milwaukee, Wisconsin 53202. A true and correct copy of a certificate of good standing issued by the Wisconsin Department of Financial Institutions, which maintains the records of all companies doing business in Wisconsin, for Sequence, is attached hereto as Exhibit B.

-2-

4. Sequence is only organized under the laws of Wisconsin; it is not organized under the laws of Illinois. A true and correct copy of results from a search of the Illinois Secretary of State database for businesses named "Sequence" is attached hereto as Exhibit C, and shows that Sequence Inc. is not organized in Illinois.

5. All of the invoices Sequence must regularly pay, including those for telephone use, internet access, electricity, other utilities, and professional services from others, are transmitted to Sequence's 111 East Wisconsin Avenue address.

6. I perform substantially all of Sequence's corporate and business activity at the company's 111 East Wisconsin Avenue headquarters.

7. Moreover, all earnings of Sequence are Wisconsin earnings and reported appropriately to the Wisconsin taxing authorities. Sequence has only Wisconsin employees and pays Wisconsin wages, and reports and pays all state payroll taxes to Wisconsin.

8. Personally, I am and have continuously been a citizen of the state of Wisconsin for my entire life. I have never been a citizen of any other state.

9. My residence is in the state of Wisconsin, all of my earnings are from Wisconsin, and I pay property and income taxes to the state of Wisconsin – not Illinois.

10. All of my utility bills, insurance policy invoices, correspondence concerning my professional licenses, and other notices are sent exclusively to my Wisconsin office.

11. I am registered to vote in the state of Wisconsin, rather than Illinois.

12. Furthermore, I possess a Wisconsin Driver's License, a true and correct, partially redacted copy of which is attached hereto as Exhibit D.

-3-

13. My automobile is registered exclusively in the state of Wisconsin, and bears Wisconsin-issued license plates. A true and correct, partially redacted copy of my current automobile registration is attached hereto as Exhibit E.

14. I am not aware of the existence of any facts that would make Sequence or myself citizens of Illinois, for the purposes of Marcus Evans Incorporated's lawsuit or otherwise.

15. A true and correct copy of the Complaint and all documents or other process served upon me is attached hereto as Exhibit F.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 6th day of January, 2012 in Milwaukee, Wisconsin.

_____
Tracy Coenen